[No. 33700-2-II. Division Two. April 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GUILLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-01565-0, Jill M. Johanson, J., entered August 24, 2005. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 33712-6-II. Division Two. April 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CHARLES HEMMINGSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-1-00766-8, Gary Tabor, J., entered August 5, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 33813-1-II. Division Two. April 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MIKAH E. RICHINS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-00843-0, Leonard W. Costello, Sally F. Olsen, and Jay B. Roof, JJ., entered September 9, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Penoyar, JJ.

[No. 34111-5-II. Division Two. April 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID DOMINIC TARABOCHIA, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 00-1-00007-9, Joel M. Penoyar, J., entered July 11, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.